```
Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014    FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Hall II, Wallace Eugene | Case No.: 2:05-bk-10984 VZ<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDEND<br>(Bankruptcy Rule 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 631570 in the sum of $15.94 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

```
Wallace Eugene Hall II
102 Harkness Avenue, Unit #9
Pasadena, CA 91106
```

Date: January 20, 2011                                /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                    Check No. 631570

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0510984-VZ | 999-0 | HALL II, WALLACE EUGENE | | 0.00 | 15.94 | 0.00 | 15.94 |

---

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 18, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 631570

PAY** Fifteen Dollars and 94 Cents****************************************
TO THE ORDER OF

AMOUNT *************$15.94 ***

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

VOID AFTER April 18, 2011

*Nancy Curry* (signature)

⑆631570⑆ ⑈061100790⑈ 000000575200 ⑈